JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZURI SANA-KABISA YOUNG, | ) | NO. ED CV 23-436-ODW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R. L. JOHNSON, CDCR, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 16, 2023.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE